**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ASHLEY NEIMAN, INDIVIDUALLY** | : | |
| **AND AS THE GUARDIAN AND** | : | |
| **NATURAL PARENT OF "AA," a minor** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 21-2028** |
| | : | |
| **APPLE INC., ET AL.** | : | |

## ORDER

This 6th day of July, 2021, it is hereby **ORDERED** that Plaintiff's Motion to Remand

(ECF 7) is **GRANTED**, and this case is **REMANDED** forthwith to the Philadelphia County

Court of Common Pleas.


  /s/ Gerald Austin McHugh
United States District Judge